UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARCOS F. LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00090 |
| | § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT & RECOMMENDATION

Pending before the Court is the Bankruptcy Court's Report and Recommendation to deny Portfolio Recovery Associates, LLC's ("Defendant") motion for withdrawal of reference. The Report and Recommendation was issued on March 20, 2017,[1] and Defendant filed timely objections on April 3, 2017.[2] The Court has made a de novo determination of the issues presented herein, including those portions of the report to which objections have been made.[3] Having reviewed each objection, the Court finds that they are without merit. After considering the record in this case, the parties' filings, and the applicable law, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant's motion for withdrawal of reference is **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 4th day of August, 2017.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 1.
[2] Dkt. No. 6.
[3] *Executive Benefits Ins. Agency v. Arkison*, 134 S. Ct. 2165, 2173 (2014) ("The bankruptcy court should hear the proceeding and submit proposed findings of fact and conclusions of law to the district court for de novo review and entry of judgment."); 28 U.S.C.A. § 157(c)(1)( (West) (A bankruptcy judge may hear a proceeding that is not a core proceeding but that is otherwise related to a case under title 11. In such proceeding, the bankruptcy judge shall submit proposed findings of fact and conclusions of law to the district court, and any final order or judgment shall be entered by the district judge after considering the bankruptcy judge's proposed findings and conclusions and after reviewing de novo those matters to which any party has timely and specifically objected.").